AO 450 (Rev. 01/09) Judgment in a Civil Action

# United States District Court
for the
Western District of Texas

**FILED**
January 25, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: __MGR__
DEPUTY

| James Martzall | ) |
| --- | --- |
|  | ) |
|  | ) Civil Action No. 5:23cv00010-OLG |
| Select Portfolio Servicing, Inc. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 12) is ACCEPTED in its entirety.  For the reasons stated in the recommendation, the motion for summary judgment (docket no. 7) is GRANTED, and all claims asserted against Defendant Select Portfolio Servicing, Inc., the loan servicer, are DISMISSED with prejudice to refilling same.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Orlando L. Garcia

Date:  01/25/2024

CLERK OF COURT   PHILIP J. DEVLIN

*(signature)*

*Signature of Clerk or Deputy Clerk*